**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
IN RE:

                                                                       CASE NO. 23-10951 (MG)

  MANNA MADISON AVENUE LLC,              Chapter 11

       Debtor.
------------------------------------------------------x

**UNITED STATES TRUSTEE'S NOTICE OF**
**SECTION 341 MEETING OF CREDITORS CLOSURE**

      The meeting of creditors convened in the captioned case pursuant to section 341 of the Bankruptcy Code is closed.

Date: August 7, 2023                                            William K. Harrington
                                                                United States Trustee for Region 2

                                                                By: /s/ *Shara Claire Cornell*
                                                                Shara Claire Cornell
                                                               Trial Attorney
                                                                U.S. Department of Justice
                                                               Office of the United States Trustee
                                                               One Bowling Green
                                                               New York, New York 10004