**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 11
MANNA MADISON AVENUE LLC,           :
                                                   :         Case No. 23-10951-mg
                        Debtor.              :
------------------------------------------------------------x

## ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

Pending before the Court is the motion (the "Motion," ECF Doc. # 5) of the United States Trustee to dismiss the above captioned case. For the reasons stated on the record at the September 7, 2023 hearing, the Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  September 8, 2023
             New York, New York

                                            _/s/ Martin Glenn_
                                            MARTIN GLENN
                                            Chief United States Bankruptcy Judge